UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROBERT PAUL TAYLOR                                              CIVIL ACTION
a/k/a RICHARD E. ITALIANO

VERSUS                                                          NUMBER: 14-2657

MICHAEL A. STALBERT, ET AL.                                     SECTION: "S"(5)

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the Plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly, **IT IS ORDERED** that Plaintiff's suit is dismissed without prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(i).

New Orleans, Louisiana, this 5th day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE